John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
Cody D. Constable (CC 6659)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiffs
SOUTH PACIFIC SHIPPING CO. LTD.,
and PACIFIC FRUIT INC.
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X        **ECF CASE**
SOUTH PACIFIC SHIPPING CO. LTD. (d/b/a
Ecuadorian Line) and PACIFIC FRUIT INC.,
                                                                                  07 Civ. 6317 (GEL)(KNF)
                                            Plaintiffs,

                 -against-                                                        **RULE 7.1 STATEMENT**

NEW YORK CONTAINER TERMINAL, INC.,

                                            Defendant.
------------------------------------------------------------------------X

       Pursuant to F.R.Civ.P. 7.1, the Plaintiffs SOUTH PACIFIC SHIPPING CO. LTD. (d/b/a Ecuadorian Line) and PACIFIC FRUIT INC. identify the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

NONE

Dated: New York, New York
       July 10, 2007

        **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
        Attorneys for Plaintiff
        SOUTH PACIFIC SHIPPING CO. LTD.,
        and PACIFIC FRUIT INC.

By:    /s/     
        John R. Keough, III (JK 6013)
        John R. Foster (JF 3635)
        Cody D. Constable (CC 6659)
        111 Broadway, 4th Floor
        New York, New York  10006
        (212) 227-3550