UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOUTH PACIFIC SHIPPING CO. LTD (d/b/a
Ecuadorian Line) and PACIFIC FRUIT INC.,

                              Plaintiffs,         Docket No.: 07 Civ. 6317 (GEL)

                 - against -                   **NOTICE OF APPEARANCE**

NEW YORK CONTAINER TERMINAL, INC.,
                           Defendant.
-----------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned have been retained to represent defendant in the above action. We certify that we have been admitted to practice in this Court and are in good standing.

Dated: New York, New York
        July 11, 2007

                                             HILL, BETTS & NASH LLP

                                             By:_____
                                               Mark M. Jaffe (MJ 4855)

                                             _____
                                             Elizabeth A. McCoy (EM-8448)
                                             Attorneys for Defendants
                                             One World Financial Center
                                             200 Liberty Street, 26th Floor
                                             New York, New York 10281-1003
                                             (212) 839-7000
                                             (212) 466-0514 (fax)