# EXHIBIT B

**New York Container Terminal, Inc.**
**Analysis of Ecuadorian Line Productivity - Pallets**
**Monthly Comparison 2006 + 2007**

| Month | Year 2006 | | | Year 2007 | | | Add'l Hrs. Needed | Difference | | Productivity Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pallets | Productivity Gross | Net | Pallets | Productivity Gross | Net | | Net | Productivity | |
| January 2007 Volume @ 2006 Productivity | 5,618 | 80.88 | 95.81 | 13,939 145.49 | 57.44 | 74.76 186.45 | 40.96 | 21.05 22% | $ 1,666.25 $ 68,256.46 | |
| February 2007 Volume @ 2006 Productivity | 3,882 | 79.96 | 93.14 | 15,737 168.96 | 49.01 | 60.33 260.85 | 91.89 | 32.81 35% | $ 1,666.25 $ 153,108.32 | |
| March 2007 Volume @ 2006 Productivity | 8,643 | 77.28 | 100.88 | 19,946 197.72 | 50.00 | 63.35 314.85 | 117.13 | 37.53 37% | $ 1,666.25 $ 195,174.40 | |
| April 2007 Volume @ 2006 Productivity | 7,328 | 90.73 | 113.11 | 16,031 141.73 | 56.60 | 70.50 227.39 | 85.66 | 42.61 38% | $ 1,666.25 $ 142,732.28 | |
| May 2007 Volume @ 2006 Productivity | 10,481 | 76.04 | 97.64 | 19,163 196.26 | 54.60 | 67.93 282.10 | 85.84 | 29.71 30% | $ 1,666.25 $ 143,026.64 | |
| Totals | | | | | | | 421.48 | | | $ 702,298.09 |