# EXHIBIT E

## HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 LIBERTY STREET, 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7524

July 11, 2007

VIA EMAIL AND MAIL

John R. Foster, Esq.
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway, 4th Floor
New York, N.Y. 10006-1991

    Re:    South Pacific Shipping Co. Ltd. (D/B/A
                  Ecuadorian Line) and Pacific Fruit Inc. v.
                  New York Container Terminal
                  USDC - SDNY
                  07 CV 6319 Judge Lynch
                  <u>Our File No.  5027-9</u>

Dear John:

       On behalf of defendant we have accepted service at noon today of the Summons and Complaint and the form of Order To Show Cause and moving papers in the above action and confirm our discussions as follows:

       1.    Without prejudice to its claims for compensatory damages, defendant will work the following vessels:

| Vessel | Due |
|---|---|
| M/V DUNCAN ISLAND | Due July 12, 2007 |
| M/V ATLANTIC OCEAN | Due July 18, 2007 |
| M/V ARCTIC OCEAN | Due July 26, 2007 |
| M/V HOOD ISLAND | Due August 3, 2007 |

       2.    In return and to refrain from arresting such vessels, their cargo and freights defendant expects to receive a Club Letter or comparable security in the amount of $1 Million to secure defendant's claims through the call on August 3rd of the HOOD ISLAND and for further vessel calls through the months of August and September, 2007.

       3.    As previously notified to your clients, defendant is presently assessing the cost of the service changes made unilaterally by your clients as and from January, 2007. However,

John R. Foster, Esq.
July 11, 2007
Page 2 of 2

attached preliminarily is a schedule showing the productivity losses sustained by defendant through May, 2007 by reason of these service changes made by your clients. It is our understanding that such losses are continuing at the rate of at least $80,000 per month.

4. Hopefully, between now and the end of September our clients will be able to resolve their disputes either commercially or by arbitration. Also to be resolved is the question of the days on which vessel calls occur and time now being required for discharge.

5. We have filed a Notice of Appearance on behalf of defendant and look forward to your confirmation by tomorrow that the Club Letter will be forthcoming.

                                        Sincerely,

                                        Mark M. Jaffe

MMJ:ak
Enclosure

Cc:   New York Container Terminal, Inc.
      Attn:   Messrs. James Devine
              John Atkins
              Frank Scollo

{NY060928.1 }

New York Container Terminal, Inc.
Analysis of Ecuadorian Line Productivity - Pallets
Monthly Comparison 2006 + 2007

| Month | Year 2006 | | | Year 2007 | | | Add'l Hrs. Needed | Difference | |
|---|---|---|---|---|---|---|---|---|---|
| | Pallets | Productivity Gross | Net | Pallets | Productivity Gross | Net | | Net | Productivity Rate |
| January 2007 Volume @ 2006 Productivity | 5,618 | 80.88 | 95.81 | 13,939 145.49 | 57.44 | 74.76 186.45 | 40.96 | 21.05 22% | $ 1,666.25 $ 68,256.46 |
| February 2007 Volume @ 2006 Productivity | 3,882 | 79.96 | 93.14 | 15,737 168.96 | 49.01 | 60.33 260.85 | 91.89 | 32.81 35% | $ 1,666.25 $153,108.32 |
| March 2007 Volume @ 2006 Productivity | 8,643 | 77.28 | 100.88 | 19,946 197.72 | 50.00 | 63.35 314.85 | 117.13 | 37.53 37% | $ 1,666.25 $195,174.40 |
| April 2007 Volume @ 2006 Productivity | 7,328 | 90.73 | 113.11 | 16,031 141.73 | 56.60 | 70.50 227.39 | 85.66 | 42.61 38% | $ 1,666.25 $142,732.28 |
| May 2007 Volume @ 2006 Productivity | 10,481 | 76.04 | 97.64 | 19,163 196.26 | 54.60 | 67.93 282.10 | 85.84 | 29.71 30% | $ 1,666.25 $143,026.64 |
| Totals | | | | | | | 421.48 | | $702,298.09 |