# EXHIBIT F

# Mark M. Jaffe

| | |
|---|---|
| **From:** | Mark M. Jaffe |
| **Sent:** | Friday, July 13, 2007 8:04 PM |
| **To:** | 'John R. Foster'; John R. Keough III Esq. |
| **Subject:** | South Pacific Shipping v NYCT |
| **Attachments:** | Schedule C.pdf; Schedule B.pdf; Schedule A.pdf |

Gentlemen:

We refer to John Foster's email of July 12, 2007 at 5:37 PM and respond as follows:

1. We are not aware of any doubt that if the applicable Stevedoring and Terminal charges are not paid that the Terminal is somehow also prevented from detaining and disposing of the cargo in respect of such charges. Also, we do not understand where you have gone to court on an Order to Show Cause naming specific and regularly scheduled vessels that there is any basis for the Terminal to agree in advance to work other vessels, particularly at a time when your clients are aware that as and from August 4th, the Terminal may be at virtual capacity and cannot handle any other vessel calls.

2. We have advised you that the security will cover a period of three (3) months of vessel operations—July, August, and September—by which time we trust that the dispute between our clients will be resolved. Meanwhile, our client has agreed to accept security of only one million ($1,000,000) dollars when its potential claims are obviously more. We visited the Terminal today to obtain the information you requested regarding computation of damages. All computations are still a work in progress because there are a number of variables necessarily being considered. However, in the interim we can provide you with the following information without prejudice to its subsequent revision:
   a. Loss of productivity by reason of additional hours needed to handle increased quantities of pallets (double or triple the normal volume)—See Schedule A for January through May. This pattern continued in June and is continuing in July roughly at the rate of $140,000 per month, so that by the end of July this item of damage will be approximately $980,000 less the $240,000 already paid.

   b. Additional equipment costs have run at the rate of approximately $84,000 per month. Through May, the additional costs were $420,786 (per Schedule B). By the end of July, this aspect of the claim will have risen to approximately $580,000.

3. In addition to the items shown on Schedules A and B, the Terminal has identified the following additional cost areas per Schedule C:
   a. Increased equipment wear and tear......................................... $75,000/month

   b. Additional land usage........................................................... $16,000/month

   c. Waste removal..................................................... $10,000/month (approx.)

   d. Increase in workmen's compensation premium........................................................................... Not yet quantified

   e. Increased warehouse labor not recovered from increased charges.......................................... $60,000/month (approx.)

   f. Increased quantity of swingloads........................................ Not yet quantified

7/21/2007

  g. Repacking.................................................................................. Not yet quantified

4. The Terminal is presently in the process of studying and refining the numbers, but the estimates we have received clearly support the security which the Terminal has requested, and in our view such cannot be a serious issue, particularly as by August 4th, when the APL service starts, the level and rate of accruing damages will be "a whole new ball game."

5. Your clients are among the largest growers and shippers of fresh fruit in the world. It should not be the Terminal's problem as to how your clients produce the security required. They could do it in cash; by letter of credit; by bond; or by an alternate Club letter if charterer's P&I Club will accommodate its member.

While we are sympathetic with your client's situation regarding the Standard Club's refusal to issue a Club letter, we believe that the Terminal has provided ample time for the giving of security, and if the matter is not resolved by Tuesday, July 17, 2007, we will need to move to establish the security and/or dissolve the Order to Show Cause. Candidly, we do not understand why this action would have been initiated without having made arrangements in advance to post security.

Regards.

MARK M. JAFFE
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Tel. No.: (212) 839-7000
Fax No.: (212) 466-0514

The information in this Internet e-mail is confidential, may be legally privileged and is intended solely for the addressee. If the reader of this communication is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any use, review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete this e-mail and any copy thereof.

7/21/2007

**New York Container Terminal, Inc.**
**Analysis of Ecuadorian Line Productivity - Pallets**
**Monthly Comparison 2006 + 2007**

| Month | Year 2006 | | | Year 2007 | | | Add'l Hrs. Needed | Difference | |
|---|---|---|---|---|---|---|---|---|---|
| | Pallets | Productivity Gross | Net | Pallets | Productivity Gross | Net | | Net | Productivity Rate |
| January | 5,618 | 80.88 | 95.81 | 13,939 | 57.44 | 74.76 | | 21.05 | $ 1,666.25 |
| 2007 Volume @ 2006 Productivity | | | | 145.49 | | 186.45 | 40.96 | 22% | $ 68,256.46 |
| February | 3,882 | 79.96 | 93.14 | 15,737 | 49.01 | 60.33 | | 32.81 | $ 1,666.25 |
| 2007 Volume @ 2006 Productivity | | | | 168.96 | | 260.85 | 91.89 | 35% | $ 153,108.32 |
| March | 8,643 | 77.28 | 100.88 | 19,946 | 50.00 | 63.35 | | 37.53 | $ 1,666.25 |
| 2007 Volume @ 2006 Productivity | | | | 197.72 | | 314.85 | 117.13 | 37% | $ 195,174.40 |
| April | 7,328 | 90.73 | 113.11 | 16,031 | 56.60 | 70.50 | | 42.61 | $ 1,666.25 |
| 2007 Volume @ 2006 Productivity | | | | 141.73 | | 227.39 | 85.66 | 38% | $ 142,732.28 |
| May | 10,481 | 76.04 | 97.64 | 19,163 | 54.60 | 67.93 | | 29.71 | $ 1,666.25 |
| 2007 Volume @ 2006 Productivity | | | | 196.26 | | 282.10 | 85.84 | 30% | $ 143,026.64 |
| Totals | | | | | | | 421.48 | | $702,298.09 |

**New York Container Terminal**
**Analysis of ECL Service - Banana Operation Hours**
**Period January 1, 2006 - May 31, 2006 to January 1, 2007 - May 31, 2007**

| Vsl/Voy | Arrival | Boxes | # Cranes | Gross Hrs. | Net Hrs. |
|---|---|---|---|---|---|
| Isalb 131E | 1/5/2006 | 84,426 | 2 | 22.80 | 19.30 |
| Isbar 128E | 1/12/2006 | 62,705 | 2 | 15.90 | 13.50 |
| Isdun 124E | 1/19/2006 | 63,321 | 2 | 16.70 | 14.30 |
| Ischa 126E | 1/26/2006 | 63,104 | 2 | 18.50 | 15.30 |
| Ishod 119E | 2/2/2006 | 63,099 | 2 | 16.90 | 14.30 |
| Isalb 132E | 2/10/2006 | 63,201 | 2 | 15.70 | 13.90 |
| Isbar 129E | 2/16/2006 | 63,920 | 2 | 16.00 | 13.50 |
| Isdun 125E | 3/1/2006 | 104,519 | 3 | 27.50 | 22.10 |
| Ischa 127E | 3/3/2006 | 83,583 | 2 | 25.40 | 19.40 |
| Ishod 120E | 3/13/2006 | 63,601 | 2 | 16.00 | 12.80 |
| Isalb 133E | 3/21/2006 | 86,257 | 2 | 25.00 | 18.70 |
| Isbar 130E | 3/23/2006 | 83,355 | 2 | 19.20 | 13.90 |
| Isdun 126E | 4/3/2006 | 83,560 | 2 | 17.60 | 14.10 |
| Ischa 128E | 4/7/2006 | 63,693 | 2 | 13.00 | 10.70 |
| Ishod 121E | 4/14/2006 | 63,684 | 2 | 15.60 | 12.80 |
| Isalb 134E | 4/20/2006 | 64,492 | 2 | 15.50 | 11.20 |
| Isbar 131E | 4/30/2006 | 85,954 | 2 | 19.20 | 16.30 |
| Isdun 127 | 5/7/2006 | 106,211 | 3 | 32.00 | 23.10 |
| Ischa 129 | 5/12/2006 | 104,995 | 3 | 28.10 | 21.50 |
| Elatl 224 | 5/15/2006 | 43,964 | 2 | 12.00 | 9.90 |
| Ishod 122 | 5/19/2006 | 106,258 | 3 | 26.80 | 23.10 |
| Isalb 135 | 5/26/2006 | 106,471 | 3 | 26.70 | 22.30 |
| Elind 215 | 5/29/2006 | 44,496 | 2 | 19.60 | 11.40 |
| | Totals | 1,246,474 | | 461.70 | 367.40 |
| Ishod 129E | 1/5/2007 | 94,080 | 2 | 26.00 | 20.10 |
| Elatl 229E | 1/11/2007 | 192,047 | 4 | 80.80 | 63.10 |
| Elind 220E | 1/20/2007 | 193,366 | 4 | 74.90 | 56.30 |
| Elart 225E | 1/24/2007 | 193,381 | 4 | 76.50 | 58.70 |
| Elatl 230E | 1/31/2007 | 191,654 | 4 | 78.00 | 61.20 |
| Elind 221E | 2/7/2007 | 191,242 | 4 | 79.60 | 67.50 |
| Elarc 226E | 2/15/2007 | 187,284 | 4 | 86.90 | 70.00 |
| Elatl 231E | 2/21/2007 | 194,431 | 4 | 77.50 | 63.10 |
| Elind 222E | 3/1/2007 | 198,845 | 4 | 84.50 | 67.50 |
| Elart 227E | 3/7/2007 | 197,790 | 4 | 72.00 | 54.70 |
| Elatl 232E | 3/15/2007 | 196,805 | 4 | 96.40 | 74.10 |
| Elind 223E | 3/21/2007 | 192,927 | 4 | 79.10 | 61.50 |
| Elart 228E | 3/28/2007 | 197,907 | 4 | 71.00 | 59.70 |
| Elatl 233 | 4/6/2007 | 197,752 | 4 | 72.00 | 57.60 |
| Elind 224 | 4/11/2007 | 199,896 | 4 | 74.00 | 61.70 |
| Elart 229 | 4/19/2007 | 200,114 | 4 | 69.40 | 54.10 |
| Elatl 234 | 4/25/2007 | 197,539 | 4 | 68.10 | 54.60 |
| Elind 225 | 5/3/2007 | 186,183 | 4 | 62.90 | 49.90 |
| Elart 230 | 5/10/2007 | 198,948 | 4 | 70.00 | 58.20 |
| Elatl 235 | 5/16/2007 | 197,112 | 4 | 74.10 | 57.70 |
| Elind 226 | 5/23/2007 | 199,934 | 4 | 75.90 | 61.20 |
| Plant 009 | 5/30/2007 | 161,684 | 4 | 68.90 | 55.90 |
| | Totals | 3,217,060 | | 1,618.50 | 1,288.40 |

*Additional Hours (Gross Vsl. Hrs.) Jan - May - Banana Ops.*   1157

| | | | |
|---|---|---|---|
| Hrly Rate 15,000# Forklift | | $ 24.25 | |
| Trucks - Hold | 9 | | |
| Trucks - On Dock | 6 | | |
| Total Trucks | | 15 | |
| Hrly Rate 15,000# Forklift x 15 | | $ 363.75 | |

Additional Cost x 15 Trucks x Add'l Hrs =   $ 420,786.00

# New York Container Terminal
## Analysis of Change Of Business & Costs - For The 3 Months Ending 03/31/07
## For Ecuadorian Container Line (ECL)

Monday, April 30, 2007

### a. Increased Equipment Wear & Tear
Increase in Gross Hours of Operations (to Oct - Dec 2006) 170%

| Year | Hours |
|---|---|
| 2007 | 983.20 |
| 2006 | 363.80 |
| Increase | 619.40 |

Estimated cost of additional equipment - $75,000 per month.

### b. Additional Land Usage
The increased congestion/Traffic caused by the increased drop trailers and stuffers as well as the additional waste containers has used up additional acreage needed for regular business.
Estimated cost of additional Land - $16,000 per month.

### c. Increased Injury Claims
This area is difficult to quantify at this point but will no doubt result in additional WC premiums.

### d. Increased Warehouse Labor
Our labor cost for warehouse operations has increased 100% over 2005 & 2006 (+$441.9k over '06). While some of this cost has been recovered by increased revenue streams of stuffing / stripping (+$350k over '06) it has not supplanted the increased costs.

|  | 2005 | 2006 | 2007 |
|---|---|---|---|
| Labor | $443.0k | $462.2k | $904.1k |
| Revenue | $173.6k | $313.0k | $662.7k |

### e. Waste Removal
While our labor costs for March '07 remained almost constant compared to the same period in '06, the additional space occupied by additional waste containers provided by our outside waste company still remains an issue.

|  | 2005 | 2006 | 2007 |
|---|---|---|---|
| Labor | $93.0k | $110.5k | $142.6k |

### f. Productivity
The productivity of the Ocean Class Vessels for the first 3 Months compared to the Island class vessels has been reduced by 21% Gross and 18% Net compared to the October through December 2006 vessels. This has resulted in additional labor costs of almost $37,000.

### g. Terminal Congestion Additional Land Usage.
Due to Increased live loads, drop trailers, loss of X fence, congestion caused by truck lines - Land Lost - 4 Acres.

### h. Increased quantity of Swingloads

### i. Repacking - Two to Three times the number of repacking