Mark M. Jaffe (MJ-4855)
Elizabeth A. McCoy (EAM-8448)
Gordon S. Arnott (GSA-8612)
**HILL, BETTS & NASH LLP**
*Attorneys for Defendant*
NEW YORK CONTAINER TERMINAL, INC.
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
(212) 839-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
SOUTH PACIFIC SHIPPING CO. LTD
(d/b/a Ecuadorian Line) and PACIFIC FRUIT, INC.

Case No. 07 Civ. 06317 (GEL)

        Plaintiffs,

    - against -                     **Rule 7.1 Statement**

NEW YORK CONTAINER TERMINAL, INC.

        Defendant.
---------------------------------------------------------x


        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for New York Container Terminal certifies that the following are

corporate parents, subsidiaries or affiliates of that party which are publicly held:

        Consolidated Terminals, LLC ("CTL"), a New York limited liability company

Dated:  New York, New York
          July 31, 2007

{NY062096.1 }

HILL, BETTS & NASH LLP

By:_____

Mark M. Jaffe (MJ-4855)
Elizabeth A. McCoy (EM-8448)
Gordon S. Arnott (GSA-8612)
HILL, BETTS & NASH LLP
Attorneys for Defendant
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
(212) 839-7000
(212) 466-0514 (fax)