5027-9


RECEIVED
2
HILL BETTS & NASH LLP

# EXHIBIT A

CONFIDENTIAL STEVEDORING RATE SCHEDULE FOR ECUADORIAN LINE

Dated: October 1, 2005


Between NEW YORK CONTAINER TERMINAL, INC. (the "Contractor") and SOUTH PACIFIC SHIPPING CO. LTD. (D/B/A ECUADORIAN LINE)(the "Carrier")

I. **STEVEDORING RATES**

## PALLETIZED BANANAS/FRESH FRUIT

### Per Box Rate

| | |
|---|---|
| 10/01/05-09/30/2006 | $.49 ½ |
| 10/01/06-09/30/2007 | $.50 ½ |
| 10/01/07-09/30/2008 | $.50 ½ |
| 10/01/08-09/30/2009 | $.52 |
| 10/01/09-09/30/2010 | $.53 |

Carrier also has the option to extend the contract for an additional five years, through 2015, at rates mutually agreed upon.

The above rates include straight time labor costs from the hold of the vessel through to the truck. This rate includes all costs associated with unloading perishable cargoes from the vessel to the warehouse, storage in a dedicated refrigerated warehouse facility, and the loading of the product onto your customer's trucks.

New York Container Terminal is committed to safe and quality cargo handling. We will maintain ongoing quality improvement programs and we will constantly monitor our productivity and damage levels and train our employees on the proper way to handle refrigerated cargoes.

The above rates include wharfage and will permit straight time stevedoring from the hours of 0800 until 1700 excluding 1200 to 1300 from Monday through Friday, exclusive of holidays. A list of holidays is included along with our hiring guidelines.


Based on current pro forma, vessel will have two days to complete work. Terminal reserves the right due to extraordinary and special

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    2
**DATED:  October 1, 2005**

circumstances to require the vessel to finish in one day.

The rates quoted are predicated on a pallet friendly vessel which
allows for the use of four electric fork lift trucks in the hatch
and ship's cranes or derrick with minimum eight metric ton lifting
capacity. At least one-half of each hatch square is to be pre-
slung.

In the event that the Carrier must charter vessels with less than
eight ton gear, Contractor will allow the Carrier three ships per
year with gear down to five metric ton capacity at the normal rates
set forth in this Exhibit A. Beyond these three ships, or for ships
with gear under five ton capacity, Contractor will receive a rate
differential which will compensate it for the resultant loss in
productivity. The rate differential will be based on crane lifting
capacity and will be applied as follows:  Actual productivity to be
compared to the average adjusted gross productivity of the last ten
(10) vessels to determine excess time required to work the vessel.
Any additional time versus that calculated at average productivity
will be charged to Carrier at Detention Rates.

## CONTAINERS

| YEAR | LOAD | EMPTY | |
|------|------|-------|---|
| 10/01/05-09/30/2006 | $197.00 | $192.00 | per lift |
| 10/01/06-09/30/2007 | $204.50 | $199.50 | per lift |
| 10/01/07-09/30/2008 | $204.50 | $199.50 | per lift |
| 10/01/08-09/30/2009 | $207.00 | $202.00 | per lift |
| 10/01/09-09/30/2010 | $210.00 | $204.00 | per lift |

Security Fee                                          $4.00 per loaded
                                                      container

Lashing of containers, if applicable                  $7.00 per unit

Restowing container at Carrier's request:             $148.00 per lift

Overheight/overwidth/overlength or
damaged containers which can only be lifted by emergency gear
is to be billed at pick rate plus Extra Labor/Detention basis

Transshipment of loaded containers discharged from another

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE   3
**DATED:  October 1, 2005**

vessel,reloaded to another vessel or barge at New York Container
Terminal                                        $165.00 per unit

Gang Rollover (Receiving vessel only)          ½ hour Detention rate


<u>Inclusions:</u>

The above box rates are quoted on a per move basis and include the
following:

1. Above rate includes stevedoring, on straight time, crane rental,
tractors, top loaders, assisting in receiving and delivery,
clerking and checking, weighing of export containers, furnishing
stowage plans including a final, T.I.R. gate inspection and
reports, security and wharfage. The rates quoted above are based on
a semi-wheeled operation. Normal gate operating hours will be from
0600 until 1630 for containers and banana trailers and 0800 until
1630, excluding 1200 to 1300, for break bulk and LCL loads other
than banana trailers.  Carrier to have the ability to preload and
stage trailers of product on the facility at any hour of the day or
night (including weekends and holidays) consistent with terminal
and maritime security policies and conditions that are in place at
that time.

2. Loading/unloading of containers on/off vessel using a shore
container gantry crane to/from a point of rest in the yard.

3. Yard and office support while vessel is working.

4. Gate, TIR, mounting/grounding for vessel related cargo during
regular terminal hours.

5. The cost of standby for vessel, detention and dead time of
vessel gangs or any delays incurred which are beyond the control of
the Contractor are excluded from the above listed basic service and
will be charged at the rate set forth in Section VII hereof.


6. All shore side handling equipment necessary for yard and vessel
operations inclusive of two shore side container gantry cranes.

7. Inbound TIR inspection of Carrier's equipment.

8. Included in the rate is terminal storage for empty containers up
to 425 units per day.  When allowance has been reached, Carrier
shall pay $1.60 per container/per day.

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    **PAGE    4**
**DATED:  October 1, 2005**

9.   Included in the rate is terminal storage for up to 35 trailers per day.  When allowance has been reached, Carrier shall pay $75.00 per trailer/per day.  For trailer to be left on terminal, trucker must sign hold harmless and indemnification agreement.

10. Compensation, Public Liability and Property Damage Liability, as well as all other Federal and State Insurances. New York Container Terminal agrees to maintain in full force and effect all insurance policies and will, upon request, provide copies of all insurance certificates.

11. The Carrier will be responsible for any unfunded pension liability which might accrue to the vendor through its collective bargaining agreements, as the result of services provided to Carrier hereunder.

<u>Exclusions:</u>

1.Detention will be billed, on a per gang-hour basis, for any nonproductive time. The first fifteen minutes of detention per gang on any ship will be free.

2.Repair of containers or chassis excluding Roadability inspection. The Carrier can supply its own parts or Contractor will provide them. Contractor will provide the Carrier with a parts catalog.

3. Late Gate and/or weekend, holiday gates for containers, when requested by the Carrier, will be billed in accordance with ILA manning requirements.

Costs for Gate while vessel working (Mon ▌ Fri):          $7,900.00
Above rate based on 4 hour operation, 5:00pm ▌ 9:00pm

Costs for Gate during non-vessel operation (Mon ▌ Fri):$ 17,000.00
Above rate based on 4 hour operation 5:00pm ▌ 9:00pm

Costs for Gate during non-vessel operation (Weekends / Holidays):
Based on 4 hour operation                                $ 17,500.00

4. The rate does not include demurrage.  Demurrage rates will be based upon New York Terminal Tariff Rates.  Contractor will honor

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE   5
**DATED: October 1, 2005**

Carrier's service contracts up to 21 calendar days where applicable. Export demurrage, after 7 calendar days free time, will be billed to the account of the Carrier. For containers released to General Order, where demurrage and/or exam liens remain unpaid for more than 30 days from date of delivery, said charges shall be the responsibility of the carrier.

5. The rate does not include New York Shipping Association royalties, assessments and or any royalties, assessments or fines if applicable, which will be direct cost to Carrier.

6. If a gang is ordered to handle containers after break bulk operation is finished, carrier is responsible for any and all stand-by/detention time associated with this activity. (15 minutes free is excluded from this scenario.) Terminal will make best effort to minimize standby cost of labor which would otherwise be employed during non-productive time.

7. Any platform/warehouse activity that is required on overtime hours will be billed in accordance with the ILA manning requirements. (I.e. non vessel related activity)

8. In the event Carrier cancels a labor order which has been previously placed, Carrier remains liable for all labor costs which can not be either cancelled or set back.

## II. TERMINAL ACTIVITIES

### A.   Reefer Operations

Up to 160 reefer plugs will be made available to accommodate the Carrier's needs for first six months of contract. Thereafter 175 reefer plugs will be made available.

   Reefer Plug Service/Monitoring/Electric:

   ▮S/T First day plug in/Monitoring
                                   $61.94 per container per day
   ▮Each subsequent day monitoring
        -includes electric        $53.11 per container per day

   -Boxes to be monitored twice per day.

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    6
**DATED:  October 1, 2005**

| | |
|---|---|
| Pre Trip (test only on line's request) | $96.84 per unit |
| Pre Trip and Precool including placement | $121.97 per unit (pass or fail) |
| Reefer Wash-Out | $64.54 |
| Genset Pre Trip | $96.84 |
| Fuel | At cost, plus 15% |

Note: Pigtails to be supplied by lines


B.    TIR/MOUNT/GROUND

Miscellaneous TIR and Mount/Ground charges, if required for containers not associated with vessel moves and authorized by the Carrier:

       -Miscellaneous TIR, i.e., IT moves, etc.      $27.00 per TIR
       -Miscellaneous Mount/Ground                   $42.00 per move

C.    Import In for Re-Delivery or Export load received for vessel but canceled and delivered from terminal.     $75.00 per unit




D.    Receiving/Delivery of empty containers not related to thru-put discharge or load, vessel move.     $42.00 per unit/ per gate move

E.    Container handling charge for container or cargo inspection/survey includes spotting with CY door opening/closing and resealing.
                                                      Per Terminal tariff

F.    Chassis Change                                  $40.00 per unit

G.    Booking Rollovers:
      Admin Fee                                       $35.00 per unit
      (Includes holding containers for US Customs Exams)

H.    Change of container Status (Off Hire / For Sale) to Good Order or Bad order:                             $45.00 per unit

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    **PAGE    7**
**DATED:  October 1, 2005**

I.    Physical movement of containers due to booking rollover or
      status change:                              $45.00 per unit/
                                                  Per lift


J.    Administration Fee for cancellation of Demurrage:
                                                  $35.00 per unit


III.  <u>CFS ACTIVITIES</u>


A.    <u>Containers ▌ Stuffing / Stripping</u>
      <u>Fruit Products</u>

      Bananas/Plantains 20'/40'            $335.00 per container
      Pineapples/mangoes 20'/40'           $450.00 per container
      Overnight stuffers to be delivered
      as FCL                               $160.00 per container


B.    <u>Containers</u>
      <u>Strip and Swing</u>

      Palletized/Unitized/20 ft. containers   $377.15 per container
      Palletized/Unitized/40 ft. containers   $630.40 per
container


C.    <u>Strip and Swing</u> (unitized cargo)

      Loose floor loaded cargo/20 or 40 foot container $3.72wt

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**          PAGE    **8**
**DATED: October 1, 2005**

There will be a minimum charge of $187.50 per container. The maximum charges will be $617.46 for a 20 foot container and $910.57 for a 40 foot container.

Strip and swing rates will include all receiving charges and will be predicated on moving the cargo directly from a container into the customer's waiting truck.

D.    Stuffing/Stripping-General Cargo

Rate includes assisting receiving/delivery and normal securing and materials used (Chocking and Bracing).

| | |
|---|---|
| 20' | $428.88 per unit |
| 40' | $657.34 per unit |

E.    Stuffing
Autos█ stuffing into 40' containers          $189.44 per vehicle
█ includes prep of vehicles, normal securing, Carrier to provide securing materials.

F.    Government Inspections (if for account of the Carrier)

USDA Tailgate Inspection                          $154.00 per unit*
(This refers to container being taken to LCL warehouse platform for inspection by AQI at request of carrier.)

VACIS Exam                                        $328.00per unit*

* If the above activity pertains to refrigerated containers an addt'l reefer handling fee for plugging/unplugging will apply at the rate of:                          $43.00 per unit

USDA Strip or Stuff Inspection
-Strip and Stuff-Palletized/Unitized 20 ft. containers

| | | |
|---|---|---|
| Full Stripping | $474.14 per container |
| Partial Stripping | $341.60 per container |

-Strip and Stuff-Palletized/Unitized 40 ft. containers

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    9
**DATED:  October 1, 2005**

```
                     Full Stripping        $707.98 per container
                     Partial Stripping     $571.10 per container
```

G.  Loading flat racks, open tops, over-size pieces, chocking and
bracing at cost and material.

```
                                          Extra Labor basis
```

H.   Strip and Sort pallets by size, type container $336.21 per
20'container

```
    Strip and Sort pallets by size, type        $502.16 per 40'
    container
```

IV.  <u>BREAKBULK CARGO</u>

```
    A. Stevedoring: Extra Labor Basis
    B. Terminal:    $17.50 per 2240 lbs. or 40 CFT, whichever is
                        greater
```

V.   <u>MAINTENANCE</u>

```
    A. Installing or removing gen. set      $47.74 per unit on
       including drayage.                   $47.74 per unit off

    B. FHWA inspection                         $65.84 per unit

    C. Genset PM                              $161.38 per unit
```

Carrier agrees to engage Contractor for all maintenance and repair
to be performed at the terminal upon Carrier's containers, chassis,
reefer units and generator sets pursuant to terms, conditions and
rates to be mutually agreed upon.

```
Tires-
-Fixing a flat                                 See catalog
-Repair of tire/dismount/mount                 See catalog


Welder/Burner/Mechanic                         $63.50 per man hour

Mechanic-Electrical Problems-time and materials
```

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**　　　　　　PAGE  **10**
**DATED:  October 1, 2005**

$63.50 per man hour

Storage of damaged or OOS equipment in excess of 30 calendar days
without authorized approval for repairs:     $3.00 per unit/per day

DOCKAGE (LOA)- Per Port Authority tariff. (Subject to increases
per Port Authority)

| | |
|---|---|
| Under 400 | $3.75 per foot per day |
| 401-500 | $4.50 per foot per day |
| 501-600 | $5.25 per foot per day |
| 601-700 | $6.50 per foot per day |
| 701-800 | $7.25 per foot per day |
| 801-900 | $7.75 per foot per day |

VI. MISCELLANEOUS ACTIVITIES

　　A. Handling ship's lines on overtime: (No charge for docking
　　　 and undocking on straight time)
　　　 [Straight-time is 0800 to 1700 hrs. on week days
　　　 excluding 1200 to 1300 hrs.]

| WEEKDAYS: | Docking | Undocking |
|---|---|---|
| 0700 ▮ 0800 | $ 985.00 | $ 985.00 |
| 1200 ▮ 1300; 1700 - 1900 | $1250.00 | $1250.00 |
| 1900 - 0700 | $1400.00 | $1400.00 |
| WEEKENDS: | $1900.00 | $1900.00 |

　　Once vessel lets go, line handling period has ended.   If
vessel returns, new line handling period shall commence.

　　B. Heavy lift charges:

　　　 Heavy lifts up to a maximum of 40 LT billed at extra
　　　 labor which covers stevedoring and terminal. Any lifts
　　　 exceeding 40 LT must be by prior special arrangement.

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    11
**DATED:  October 1, 2005**

C. Handling vessel stores                              Extra labor

D. Potable water for the vessel is available at 50¢ per
   metric ton. There will be no hookup charge if crew
   performs this service.


E.   Equipment                    Extra Labor Basis Hourly Charges

     Container Crane                        $511.86 per hour
     Container Top loader                   $ 85.13 per hour
     Forklift up to 8,000 lbs.             $ 17.24 per hour
              up to 15,000 lbs.            $ 24.25 per hour
              up to 25,000 lbs.            $ 34.48 per hour
              over 25,000 lbs.             $ 46.93 per hour
     Yard Tractor                          $ 39.87 per hour
     Flatbed                               $ 11.85 per hour

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**       **PAGE**  **12**
**DATED: October 1, 2005**

VII. <u>MAN-HOUR RATE SCHEDULE</u>

<u>Ship's Gang &</u>
<u>Terminal Unit Rates</u>: Extra Labor Detention  O/T Diff.  M/H Diff.

Per Gang Employed    $1,838.79   $1,666.25  $1,193.80 $2,268.25
including staff & equipment

Extra Labor gang hour rate is applicable when cargo other than ▌standard▌ containers are discharged or loaded to/from vessels.

Lashing rates may be applicable on cargo requiring extra labor activities.

The extra labor rates do not include equipment which will be charges in accordance with Section VI; Item F.

| <u>Man-hour Rates:</u> | <u>S/T</u> | <u>O/T</u> | <u>M/H</u> | <u>O/T Diff.</u> | <u>M/H Diff.</u> |
|---|---|---|---|---|---|
| Terminal/ Warehouse Labor | 60.20 | 87.08 | 108.58 | 26.88 | 48.38 |
| Reefer Maintenance: | | | | | |
| Foreman | 65.50 | 98.00 | 127.00 | 32.50 | 61.50 |
| Mechanic | 64.50 | 96.00 | 125.00 | 31.50 | 60.50 |
| Chassis/Cont. Repair: | | | | | |
| Foreman | 63.80 | 95.00 | 126.60 | 31.20 | 62.80 |
| Mechanic | 62.80 | 93.00 | 124.60 | 30.20 | 61.80 |
| Crane/Power | | | | | |
| Foreman | 58.00 | 83.00 | 103.00 | 25.00 | 45.00 |
| Mechanic | 54.00 | 79.00 | 99.00 | 25.00 | 45.00 |
| Lashing/Extra Labor | | | | | |
| Foreman | 63.80 | 95.00 | 126.60 | 31.20 | 62.80 |
| Lasher | 62.80 | 93.00 | 124.60 | 30.20 | 61.80 |
| Lashing/Detention | | | | | |
| Foreman | 63.80 | 95.00 | 126.60 | 31.20 | 62.80 |
| Lasher | 62.80 | 93.00 | 124.60 | 30.20 | 61.80 |

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    13
**DATED: October 1, 2005**

For prices of parts and standard allotment of time on lenses,
bulbs, mud flags and sealed units (marker, stop and tail), please
see our maintenance and repair catalog provided separately.


Plugging and unplugging containers on/off vessel will be performed
on extra labor basis at the following man hours rates: (Minimum 4
hours; 2 men)

| | | |
|---|---|---|
| Straight time: | Per man hour | $63.80 |
| Overtime: | Per man hour | $95.00 |
| Meal Hour: | Per man Hour | $126.60 |

VIII. <u>DOCUMENTATION</u>

Carrier shall provide Contractor all necessary information and
instructions on a timely basis to allow Contractor to provide
efficient service. Documentation shall be prepared and processed
by the Contractor in a form mutually agreed upon by the Carrier and
Contractor. In connection with the above, the Contractor shall
prepare the following documentation:

1. Outbound vessels stowage plan
2. Ship's loading report
3. Ship's discharge report
4. Daily records of equipment interchange reports (via internet)
5. Daily container activity report (in and out)
6. Outbound container load plans for LCL containers
7. List of undelivered LCL cargo following vessels expiration of free time
8. List of undelivered FCL (containers) following vessels expiration of free time
9. Daily warehouse platform delivery reports
10. Daily strip and swing and/or stripping/stuffing recap reports
11. Banana warehouse inventory report

IX. <u>LABOR RATE ESCALATION</u>

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    **14**
**DATED: October 1, 2005**

The labor portion of the above rates for palletized bananas and fresh fruit is 70% and the fixed portion is 30%. The labor portion of the above rates for containers is 70% and the fixed portion is 30%. The labor portion is subject to escalation based on increases or decreases in wages, taxes, fringe benefits, etc. Thereafter it shall be subject to an increase mutually agreed to based on actual cost increases. The fixed portion of all rates shall be adjusted annually on October 1st for all NYSA/ILA related rates and January 1st for all METRO/ILA related rates, respectively based on percentage increases in the Consumer Price Index (CPI) as published by the Department of labor for the New York Metropolitan area.

ORDERING TIMES AND STARTING TIMES; STRAIGHT, OVERTIME, ETC.:
❙ Monday thru Thursday ordering by 1 p.m. for same day 1900 or 2300 and for next, 0700, 0800 or 1300.
❙ Friday ordering by 1 p.m. for same day 1900 and 2300, Saturday 0700 , 0800 1300 or 1900, Sunday 0700, 0800, 1300, 1900 or 2300 and Monday 0700, 0800 or 1300.
❙ Straight time is from 0800 to 1200 and 1300 to 1700 Monday thru Friday, excluding Holidays.

CANCELLATION AND SET BACK SCHEDULES:
❙ Sunday 0800 start can be cancelled or set back by 0600 Saturday.
❙ Monday 0800 start can be cancelled or set back by 0600 Monday.
If Monday is a holiday, Tuesday 0800 start will apply.
  All other labor orders can not be cancelled or set back after being ordered.

THE FOLLOWING ARE THE N.Y.S.A. - I.L.A. ❙ PAID HOLIDAYS❙ :

Columbus Day

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    15
**DATED:  October 1, 2005**

Election Day

Veterans Day

Thanksgiving Day

Christmas Eve

Christmas Day

New Year's Eve

New Year's Day

Martin Luther King's Birthday

Lincoln's Birthday

Washington's Birthday

Gleason's Birthday

Good Friday

Memorial Day

Independence Day

Labor Day

**CONFIDENTIAL RATE SCHEDULE FOR ECUADORIAN LINE**                    PAGE    16
**DATED:  October 1, 2005**

The  foregoing  is  hereby  acknowledged  and  agreed  to,  subject
to  the  execution  of  the  Contract:


SOUTH  PACIFIC  SHIPPING  CO.                 NEW  YORK  CONTAINER
LTD.  (d/b/a  ECUADORIAN  LINE)                 TERMINAL,  INC.
         (Carrier)                                            (Contractor)

By: _____           By: _____
        Diogenes Villacis

Title: President  South  Pacific      Title:  VICE PRESIDENT
Shipping  Co.,  Ltd.


Date: December 5th, 2006               Date:  December 26 2006