UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOUTH PACIFIC SHIPPING CO. LTD (d/b/a
Ecuadorian Line) and PACIFIC FRUIT INC.,

                              Plaintiffs,                  Docket No.: 07 Civ. 6317 (GEL)

           - against -

NEW YORK CONTAINER TERMINAL, INC.,
                         Defendant.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2007, a copy of the following Declarations were served by overnight mail and e-mail upon plaintiffs' attorneys addressed as follows:

j.keough@waeschelaw.com

j.foster@waeschelaw.com

John R. Keough, III
John R. Foster
Waeche, Sheinbaum & O'Regan
111 Broadway, 4th Floor
New York, NY 10006
(212) 227-3550

- Declaration of James J. Devine
- Declaration of Joseph Cordero
- Declaration of Patrick E. Brecht

By: _____
Elizabeth A. McCoy (EAM-8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel. (212) 839-7000
Fax (212) 466-0514