Mark M. Jaffe (MJ-4855)
Elizabeth A. McCoy (EAM-8448)
Gordon S. Arnott (GSA-8612)
**HILL, BETTS & NASH LLP**
*Attorneys for Defendant*
NEW YORK CONTAINER TERMINAL, INC.
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
(212) 839-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SOUTH PACIFIC SHIPPING CO. LTD
(d/b/a Ecuadorian Line) and PACIFIC FRUIT, INC.

           Plaintiffs,

- against -

NEW YORK CONTAINER TERMINAL, INC.

           Defendant.

-------------------------------------------------------x

Case No. 07 Civ. 06317 (GEL)

**DECLARATION OF
MARK M. JAFFE**

Mark M. Jaffe declares as follows:

1. I am a member of Hill, Betts & Nash LLP, attorneys for defendant, New York Container Terminal, Inc., in this action.

2. I submit this Declaration in Support of Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction.

3. The purpose of this Declaration is to attach documents I obtained from a printout of an internet search of the website Bonita Bananas Worldwide, www.bonita.com. Those documents are attached as Exhibit A.

1

2

4.    The printout of pages from the website demonstrate that Ecuadorian Line and Bonita North America are both companies within Bonita Bananas Worldwide, that Bonita North America contains an East and West Coast Division, and that Bonita North America's East Coast Division is Pacific Fruit, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on August 7, 2007.

_____
Mark M. Jaffe

**EXHIBIT A**

BONITA BANANAS WORLDWIDE





MRA

| www.bonita.com | | Home | Product | Ecuador | Company | Policy | News | Contact | |
|---|---|---|---|---|---|---|---|---|---|

**THE COMPANY**

Mission Statement

History

Ecuadorian Line

Port Facility

# BONITA NORTH AMERICA EAST COAST

**Pacific Fruit, Inc.** is the sole distributor for **Bonita** premium bananas and tropical fruit America, and has been providing its customers with consistently fresh high-quality produ 50 years.

**Pacific Fruit, Inc.** East Coast Division Headquarters are located at Howland Hook Marin on Staten Island, New York. Howland Hook is a world class Intermodal facility, and a hub international trade. Pacific Fruit Inc. has constructed state-of-the-art cold storage at the the weekly vessel discharge to ensure the best quality of its premium bananas and tropi

All Rights reserved- Paci