John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
Cody D. Constable (CC 6659)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiffs
SOUTH PACIFIC SHIPPING CO. LTD.
and PACIFIC FRUIT INC.
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                           ECF CASE
------------------------------------------------------------------------X
SOUTH PACIFIC SHIPPING CO. LTD.
(d/b/a Ecuadorian Line) and PACIFIC FRUIT INC.,         07 Civ. 6317 (GEL)(KNF)

                       Plaintiffs,                     **NOTICE OF
                                                          SETTLEMENT OF
      -against-                                  PRELIMINARY
                                                          INJUNCTION ORDER**

NEW YORK CONTAINER TERMINAL, INC.,

                       Defendant.
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned will present the attached, proposed Preliminary Injunction Order to the Honorable Gerard E. Lynch, United States District Judge, for signature on the 26th day of August, 2007 at 10:00 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
        August 21, 2007

                                          **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
                                          Attorneys for Plaintiffs

                                        By:       /s/
                                                 John R. Keough, III (JK 6013)
                                                 John R. Foster (JF 3635)
                                                 Cody D. Constable (CC 6659)
                                                 111 Broadway, 4th Floor
                                                 New York, New York 10006
                                                 (212) 227-3550

**TO:**    Mark M. Jaffe, Esq. (MJ 4885)
           Elizabeth A. McCoy, Esq. (EM 8448)
           Gordon S. Arnott, Esq. (GA 8612)
           **HILL, BETTS & NASH, LLP**
           Attorneys for Defendants
           One World Financial Center
           200 Liberty Street, 26th Floor
           New York, New York 10281
           (212) 589-7524