UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                   :

SOUTH PACIFIC SHIPPING CO., LTD.,        :

                    Plaintiff,            :

                                      :      07 Civ. 6317 (GEL)

  -against-                             :
                                      :      **ORDER**

NEW YORK CONTAINER TERMINAL, INC.,  :

                    Defendant.          :

-----------------------------------------------------------------x



GERARD E. LYNCH, District Judge:

      Plaintiff has submitted a letter to the Court requesting a stay of this action pending the outcome of any arbitration between the parties, with the preliminary injunction that was entered on August 27, 2007, remaining in effect. Defendant consents to the request.

      Accordingly, it is hereby ORDERED that this action is placed on the suspense docket pending the outcome of the arbitration proceedings.

SO ORDERED.

Dated: New York, New York
          September 10, 2007

                                                  _____
                                                      GERARD E. LYNCH
                                                   United States District Judge